UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | Crim. No. 10-CR-26 (HHK) |
| FAYE LINER | * | |

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

The Defendant, by and through her attorney Robert C. Bonsib, Esq., respectfully submits this Memorandum in Aide of Sentencing and, in furtherance thereof, states as follows:

### I.  INTRODUCTION AND BACKGROUND

The Defendant is appearing before the Court on August 20, 2010 for sentencing as a result of her guilty plea to one count criminal information charging her with making a false statement, in violation of 18 U.S.C. 1001.

The Defendant's Guidelines in this matter call for a Guidelines sentence in Zone C in the range of 10-16 months.  Because of the personal circumstances present in this matter and because of the Defendant's otherwise impressive and exemplary background, the Defendant is requesting that this Honorable Court grant a variance to a Zone A sentence and impose a probationary sentence.

### II.  PRE-SENTENCE REPORT

The Defendant has no objections to the Pre-Sentence Report or its Guidelines calculations which currently calculate the Defendant's Guidelines as follows:

| | |
|---|---|
| Base Offense Level | 6 |
| Special Offense Characteristic (2B1.1(a)(2)) | +6 |
| Abuse of Position of Trust (3B1.3) | +2 |
| Adjustment for Acceptance of Responsibility | -2 |

MarcusBonsib, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

Total Offense Level                              12

With a Criminal History Category of I and an Offense Level of 12, the Defendant's Sentencing Guidelines range is 10-16 months in Zone C.

### III. LETTERS FROM FAYE LINER, FAMILY AND FRIENDS AND BACKGROUND MATERIALS

Attached to this Sentencing Memorandum are letters from Faye Liner, her family and friends providing extensive detail and information concerning Ms. Liner's background, information concerning Ms. Liner's involvement in the current offense and her request for consideration by the Court for a sentence that recognizes that her otherwise impecable background and other articulated considerations that justify a below Guidelines sentence in this matter. (A few letters were prepared prior to this member of Court being assigned this matter and were addressed to Judge Urbina while he was assigned to this matter).

Attached to this memorandum please find the following:

1. Letter from Faye Liner
2. Letter from Sterling Martin Liner – daughter
3. Letter from Edwin R. Martin - brother
4. Letter from Robert L. Liner – ex-husband
5. Letter from Cathy Ford – friend
6. Letter from Jennifer L. Somers - friend
7. Letter from Sandy K. Reddy - friend
8. Letter from Carol Tibbs – friend
9. Letter from Diane M. Roose – former co-worker
10. Letter from Joanne R. Banks – former co-worker
11. Letter from E. Bart Daniel – former co-worker

### IV.  PERMISSION FOR SPEAKERS IN SUPPORT OF FAYE LINER

Faye Liner respectfully requests this Honorable Court to permit the following individuals to speak at the sentencing hearing in this matter if they are able to attend the sentencing hearing. The remarks of each will be brief and will address the personal characteristics and qualities of Ms. Liner.

Marty Liner – son

Edward Rochelle - brother

### V.  REASONS FOR DOWNWARD VARIANCE PURSUANT TO 18 U.S.C. 3553(a)

It is respectfully suggested that the reasons set forth in the letter from Faye Liner and from her family, friends and co-workers justify a variance below the Guidelines range in this matter.

During her years at OPM, Ms. Liner was recognized as an excellent employee and consistently received high performance evaluations. She worked hard and enjoyed her work. It was not until her personal, family and medical problems became overwhelming that her judgment lapsed and she engaged in the conduct that now brings her before the Court.

As a result of the mistakes she made in this matter, she has not only suffered the indignity and humiliation associated with her conduct in this matter, but she had suffered the loss of a wonderful position with the federal government and significant employment benefits that would have been hers had she been able to retire from her government position.

Since her loss of her government position, she has been either unemployed or employment at minimum income positions as she tries to survive and rebuild.

MarcusBonsib, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

Punishment comes in many forms. Incarceration is surely one, however, in this matter the punishment and consequences that Ms. Liner is suffering as a result of her misconduct will far exceed, in both duration and severity, any Guidelines based sentence in this matter.

A probationary sentence will appropriately punish Ms. Liner for her conduct in this matter and recognize the positive personal and professional qualities that she has demonstrated throughout her life.

### IV.    SUMMARY AND CONCLUSION.

For each and all of the foregoing reasons Ms. Liner respectfully submits that the appropriate Guidelines range in this matter is in Zone A and a probation sentence is appropriate.

Respectfully Submitted,

/S/

---

ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greentbelt, MD 20770
(301) 441-3000
Bar No. 423-306

MarcusBonsib, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent via ECF this 2rd[th] day of August, 2010, to Assistant United States Attorneys Ellen Chubin Esptein and Thomas E. Zeno, United States Attorney's Office, 555 4th Street, NW, Washington, D.C. 20530.

/S/

_____
ROBERT C. BONSIB

MarcusBonsib, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000