July 11, 2010

To Whom It May Concern:

Re: Faye Martin Liner

I have always worked hard and taken pride in doing the best job possible. I was determined early in life to overcome difficulties and move forward. My current circumstances have forced me to revisit many ugly things in my life which I have tried to forget. I am now more determined than ever to move on and make a better life than I currently find myself living.

My supervisor at the nursing home recently offered me extra hours to fill in for an employee who was going on military reserve duty. She prefaced her offer by telling me not to hesitate to refuse because family comes first and she knew I worked long hours at two jobs. I cannot tell you how good it made me feel to hear her say that . . .. "family comes first. " It has been many years since a showed any concern for my family life. In the past few months that I have been employed by the nursing home, I have repeatedly been told by my supervisor how much they liked me and my work and that I am a welcomed addition to their staff. It has been a bright spot in my life for a change.

Since this legal matter began, I had lost confidence in myself and abilities. I am ashamed of my performance and the mess I made of things. I look forward to the day when I do not have to take medication to deal with everyday life. Some days I feel I can't stand it another minute.

My only concern now is preservation of some quality of life for my son. He suffered so much in the past when I was away at work. There is no way I can make up for that. During plea negotiations the prosecutor cited a case to my attorney concerning a drug defendant in a similar situation to mine. In this case, the court suggested the defendant should place her children in foster care because there was no one else to take care of him.

The prospect of losing my son and our home weighs heavily on my mind. I ask that you please consider this in your decision concerning my sentence. Make no mistake that I will do everything in my power to provide for my son, whatever your decision. If I am imprisoned, I will face homelessness when I return as I cannot keep my home without income. I am determined to overcome that no matter happens to me. Please understand that I just want to take care of my son. I do not want government assistance and cannot wait until I no longer have to depend on it. I cannot tell you the shame and embarrassment of sitting in the county food stamp office and of having my EBT purchase flashed across the checkout screen on the checkout counters for all to see. I can take care of myself. I just need to be able to work.

I am grateful to have found work and the numbers of hours per week is ever increasing as others need me to fill in for them. I leave my first job as a companion for an elderly lady between 3 and 3:30 daily and go straight to the nursing home to report in at 4 pm. My son

is working this summer as well, teaching swimming at his school summer camp, and giving swim lessons in our neighborhood to earn money to help support us.

I realize that OPM insists on maximum punishment under the law and has no concern for me or my family as far as our quality of life is concerned. That was made very clear to me from the beginning of my employment with them. I have lost a great deal due to this matter, understanding it is through my own actions. I am grateful that my actions did not cause any loss to national security and no one was granted a security clearance that otherwise would have been granted one. The damage that my actions have caused my son, and the losses he has suffered financially and emotionally, regardless of the circumstances leading to this, is something that I will have to live with the rest of my life. He is a good child and has done nothing to cause any of this, but in the end he will suffer the most. I know the type of emotional stress and personal embarrassment children can suffer because of the actions of a parent. Knowing that I caused this for my own son is punishing me more than anything else you can do to me.

I have learned many things from this experience. I realize I can't handle everything that life throws at me. I just can't focus that well and trying to force myself to do so just doesn't work. I can't please everyone and I have to learn to say no. I must put my family, and sometimes myself, first. No job is worth what I have put myself through. I will never again take a job with the responsibility I once had. I just don't have the emotional strength or confidence anymore to handle it. I will never again invest myself emotionally in any job.

On July 16, 2010, I signed a contract to work as a Food Broker for my friend, Sandra Reddy, who owns and operates Carolina's Harvest Bakery Mixes. I have worked for Sandy at food shows in the past and she feels I will be an asset to her company as her Broker. I look forward to making this into a career I can work with for years to come.

I have attached documents as listed below. These documents correspond to information provided in a Background Summary I previously furnished to US Probation, Attachment (1). Please note I could not obtain a letter of character reference from my former supervisor with DSS/DIS due to his death about 2 years ago. I did not include my OPM Performance Evaluations because I don't have copies of them. OPM's Agents should have that in my official personnel file.

Thank you for your time and for your consideration.

Respectfully,

Faye Martin Liner

Enclosures/Attachments