Faye Liner    Background Information

I was born in Charleston, SC in June 1955. I have one brother, "Shell" who is 13 months older than I am, and a sister, Connie, is 7 years younger. My mother, Ruth, had about an 8th grade education. My father, Edwin, had a 9th grade education.

Mom was a waitress and my dad was a laborer. He was an alcoholic. My earliest memories of him are not pleasant. He left us and came back on many occasions. I recall Mom had him jailed a few times for non-support, as they called it then. I recall visiting him in the Charleston County "Prison Farm" which is still part of the jail in Charleston. He left us on Christmas Eve 1965-I remember I was 10. My parents never divorced. My dad came back home when I was about 19. He was in very poor health. Mom took him in and took care of him.  After a year or so, she put him in a nursing home where he died in 1993. I have almost no memories of my dad, except for some very bad things, until I was 10 years old.

My Mom left Shell to care of Connie and me when he was about 11 or 12 because she worked at night. He had to take on a lot of responsibility at an early age. He's always been like our "dad". To this day he is the only person I know I can call on for help or advice, and I often do.  Shell quit school in 9th grade to work full time and help Mom pay the bills. .He left home at age 18 to marry my sister-in-law, Bev. They are still married. He has had a long career with the federal government, as well.

My mother never made much money and always struggled financially.  She wasn't good at managing money, either.  She earned her living as a waitress, working seven days a week, mostly at night.  We moved a lot, because she couldn't pay the rent or was looking for a better house for us.  I remember the landlord knocking at our door and Mom would make us get down and stay quiet as if no one was home.  I remember many times our water or power would be turned off because of non payment.  I remember a time or two that people came to take our furniture because payments were not made.  For a long time we lived in what would today be called "the projects".  At that time they were nice apartments.  My mom kept a very clean home and we were always clean, clothed and fed.  We moved twelve times by the time I was 13 and in 8th Grade.  I attended 6 different schools.

Mom had three children from her first marriage, Charles, now age 69; Willie (Bill) is age 70. I am on excellent terms with my two half-brothers but we have only semi-annual telephone contact.  They do not know of my current legal situation.  Our half-sister Bonnie died in 1992 at about 52 years of age, of cancer.

One of the bright spots in our lives were summers when Charles would come to visit and take Shell and I to spend a week or two at his home in Edgefield, SC. He and his wife had two boys about our ages. Charles always took us to do fun things that we never got to do at home. We went to movies, shopping, and to the country club every day where we swam in the pool. His wife would buy us a nice outfit and sometimes she had my hair done. It was fun to play outside at night, something we could never do at

home because we were usually home alone and had to stay inside. We walked to town and shopped in the dime store and enjoyed doing normal things that most other kids got to do.

I didn't many friends at school. Back then, it wasn't socially acceptable to come from a broken home. Until I was older, I was very shy. I especially would not look at or talk to any man, except my brothers. I think I was terrified of what they may do to me. We also couldn't go and do things other kids did because we just didn't have any money and my Mom worked all the time. It was embarrassing. My mother loved us but she was difficult to live with. We got whipped and she often yelled at us but it was the only way she knew to deal with her situation, I guess. We were good kids but she had a hard time. Her mother died when Mom was only 2 and her father and aunts raised her. She had a hard life.

It's difficult to recall and write about my childhood. I was a pudgy girl with glasses and very buck teeth. I remember my Mom called me "Fatty Arbuckle" a lot and often made fun of me. My mother had a number of male friends. Several of them molested me as a small child. I recall three or them specifically. The earliest incidents that I remember occurred when I was about 10 years old. I recall where we lived and that I was in the 4th or 5th grade at the time. The first one who did this to me was Mr. Cercopely. He was a constable for the local magistrate, Judge Herron in Charleston Heights, near where we lived. I guess Mom met him where she worked as an assistant manager of the Howard Johnson's restaurant. Another one was a guy in the Air Force. She had his picture in her room. His name was Howard. He asked her to take me "shopping" for my 12th birthday. We did go shopping, but first we went to the Siesta Motor Lodge on Rivers Avenue in Charleston Heights. I didn't know what was happening to me. I later figured out I had been raped. He then took me to Belks Dept. Store afterward and bought me a dress. I never told my mother about this because I was afraid to – he told me I had better not. Until now, I've never told anyone about these incidents. It's in the past.

My mother's most long term boyfriend was around for about 30 years, since I was about 8 or 9 years old. He was married to someone else. He was a Shriner and an alcoholic. He was always coming over drunk and drinking when he was there. He would come over when Mom got off of work late at night. I remember hearing him vomiting out the back door when he was so drunk. I think he spent a lot of time at the restaurant where she worked, too, especially Howard Johnson's. I recall that Mom went to a lot of the Shriner parties with him. He would come into my bedroom late at night and fondle me. I think that's why I still sleep with my arms crossed over my chest. I never told my mother about this until I moved out of her home when I was 28 years old. She was very upset that I was leaving and we got into a terrible argument. I let it all out then. Her only reaction as that she didn't know anything about it. I was over 40 years old before I finally accepted that my Mother had done the best she was capable of doing.

My mom craved attention from Shell and I. After I was married, she once told me I had everything she ever wanted – a husband, a nice home, an education and a good job.

I think she was envious of me. I always knew Shell was her favorite kid and that was ok. I think I always tried to prove myself to her and just never got there.

In 10th Grade, I joined an organization called Junior Achievement. It was an organization where the kids formed actual small companies and ran then, complete with a board of directors and production staff. Local businesses were the sponsors. I loved this and I excelled at it. I was the company Corporate Secretary my first two years. I won the local JA Secretary of the Year competition those first two years, and won the National Corporate Secretary of the Year at the national convention held at the University of Illinois, Bloomington, in 1972. I was so happy, especially when I won a $750 scholarship. I gave it to my Mom to help with bills. It was the first time I remember we had a telephone in our house. The third year in the program, I was the company president and won the local President of the Year contest. During this three year program, I also won numerous local and regional Public Speaking Contests and Salesman of the Year Contests, as well as the award for publishing the best Annual Report. I thrived in this organization, learned public speaking and loved the work. This really brought me out of my shell.

In May 1973 I became the second of Mom's six children to graduate high school (until my sister Connie did-Charles was the first). I worked hard in school because I knew that an education was my only way out of a rough life and it was the only thing I was good at. I went to a junior college and earned my Associates Degree in Business 1975. After seven years of night school, I received my BS Degree in Business Administration In May 1987.

I helped my Mom financially ever since I began working. I got a job in 11th Grade at age 16 while in the high school co-op business education classes. I've had a total of 5 jobs in my life. I paid a lot of the bills at home because I had a good income. I saved $2,500.00 which I was going to use to get braces on my teeth. I gave that money to Mom, instead, so she could use it toward a down payment on a home in 1976. She bought a small 3 bedroom home where she, Connie and I lived. I helped her take care of it. She, my sister Connie and I lived there. I had just gone to work for the Federal Government and we were living nicely. I cut the grass, painted inside and out, repaired appliances, and bought new carpet and drapes that mom wanted. I figured out how to do a lot of things. Shell was always there helping us, too. In about 1995 I gave about Mom $2,500.00 to pay off her remaining mortgage balance so she would no longer have a mortgage payment.

My sister Connie was a rebellious teen. She and my mother fought – often physically, and were always yelling at each other. She moved out to her boyfriend's home (with he and his parents) when she was about 17. They got married and she graduated from high school. She was estranged from our family but I have about annual email contact with her. I later found out that Connie was so upset with mom because she, too, had been molested similarly by Mom's long term boyfriend.

I was 25 years old when I finally got braces for myself. I had a horrible overbite but, of course, Mom could never have afforded to fix my teeth. I felt and looked so much better after that three year ordeal. I had to have jaw surgery in order to complete the process but it was worth it. My friends at work encouraged me to get contact lenses, too. I felt like a different person.

I moved out of my Mom's home in 1983 - I was 28 years old. I bought a two bedroom patio home about 10 miles from her.  She was furious with me for moving out. I know she was going to miss my physical and financial support and promised her I would continue to help her as much as I could. By this time she was on social security disability. I did help pay her bills and took care of things around the house and do her grocery shopping for years after that, until she died in 2004.

I was fortunate to be able to go by my Mom's home almost daily because it was on the way home to my house. During one of my TDY Trips to Ft. Bragg in February 2004, she fell and was discovered hours later by my brother who had been trying to call her all day. She was in a rehab hospital recovering from hip surgery when she suddenly took a downturn and became unresponsive. I spent the whole night there until I got that news early the next morning. It was a Sunday. I went home around noon to tell Robert what was happening. Her doctor said she would last about 3 days. I told him I was planning to stay with her there except for coming home to send Marty off to school and back at night to handle dinner then get Marty to bed. He was on the screen porch, drunk. He asked me ..."If she's going to die in a few days, why the hell do you need to hang around her room?" Whatever feeling I had left for him died at that moment. Robert and my Mom didn't have a good relationship because they both wanted my attention and were jealous of each other.

On Tuesday of that week, I went to the funeral home to pick out my mother's casket. Robert did not offer to go with me. Shell and Bev came the next morning to stay with us until the end. She died at 1pm on March 31, 2004. I cannot begin to convey the horror and sadness of watching her die and going through the ensuing week of dealing with it all

I worked for the federal government from October 1975 until I was forced to resign on 28 Feb 2010. I was a criminal legal technician for the US Attorney's Office, Charleston, SC, from Oct 75 to Oct 86. I transferred to the Defense Investigative Service renamed the Defense Security Service in 10/86. DSS was taken over by OPM/FISD in Nov 2005. I performed the same job from 1986 until my resignation.

My only child is Sterling Martin "Marty" Liner, now age 16. I was married to his father, Robert Liner, for 22 ½ years. Robert retired in 1995. I separated from Robert in Jan 07 because of his alcoholism, chain smoking, his emotional and physical abuse of Marty and his lack of interaction with Marty and I as a family. Our divorce was final in March 2008. I knew Robert drank when we married. It got much worse after he retired in 1995. I felt that breaking up the family was less damaging to Marty than the abuse that I discovered Marty had been suffering when I was at work. On many nights during the

many weeks I have been on OPM duty-related travel, Robert would call me at night, drunk and raving and complaining that my job had taken me away from them. Robert felt that he was "retired", meaning he should not have to do anything except what he wanted to do.

This was my only marriage. Robert is 68 years old and suffers from emphysema, chronic obstructive pulmonary disease, high blood pressure, and diabetes, all lifestyle related. He consumes over 3 packs of cigarettes and at least a case of beer daily. He begins drinking early in the morning and continues until late in the day. In 2006, Marty told me that his Dad was picking Marty up from school while drunk and engaging in physical and emotional abuse of Marty in my absence. Once I found out about this, I made sure I was home to switch cars and pick Marty up from school every day. I would then go back to work, even when I was working in Beaufort, SC, some 75 miles away.

In my divorce, I took responsibility for all marital debts and gave Robert half of the equity proceeds from the sale of our home. I did this because I have always been the larger wage earner in our marriage and knew Robert would take no responsibility for any issues in the marriage in a divorce. To this day, he says that Marty and I threw him out of the house and he absolutely feels there was no fault on his part. I paid for the divorce and agreed that I would seek no child support/marital support from Robert and do not receive any. Robert's retirement income barely covers his own expenses, taking into consideration his extensive medication requirements and the large amount he spends monthly on alcohol and tobacco (now close to $700 since cigarette taxes were raised). I also knew he would agree to a non-contested divorce on these grounds as long as he had to accept no responsibility for his family and would not want any responsibility after a divorce. I receive $285 monthly from Social Security which is the amount Robert receives for Marty as his minor child. I have sole custody of Marty and his father spends no time with him, just as when we were married. I am forced to ask him to bring Marty home from school because I am working two part time jobs. It's not a good situation, still, but Marty can and does speak up for himself with his Dad. I still worry about this. I usually leave one and do straight to the other. It's 7:30pm before I get home at night. It's not hard work, just long hours but I am very grateful to have this income.

From 2000 until I separated from Robert in 2007, we lived in a beautiful 5 bedroom home in an upper middle class neighborhood in Summerville, SC. I had an office for my own work there since we worked from home. We built an in-ground swimming pool and Marty was very happy there. I sold this home in summer 2007 during my marital separation. Marty and I downsized to a small home 2 miles from school in Feb 08. Marty has attended the same small private school since K-5. He is a good student in a difficult college prep curriculum. He has been a member of the Varsity Swim Team since 6th Grade. He has been a member of the neighborhood summer recreation league swim team since age 7. He excels in this sport. I am teaching him to drive and he hopes to get a part-time in the near future. I can't let him go to work now because I don't have transportation for him and I don't know where or when I will be free. Marty is active in many school and volunteer activities, including the Beta Club, serves as a Pinewood Ambassador, and a member of Student Government. He has

received numerous perfect attendance awards, including pending one so far this year, and has a stellar record at school. We both have volunteered for Meals on Wheels and many other school and community activities. I will soon have to remove him from his environment and it's not his fault.

I have always worked hard to maintain a stable home for Marty because I knew what it was like not to have one. Even though I realized my choice of husband/father to my son was not the best decision I ever made. That's one reason I stayed in the relationship so long – I just didn't want to tear apart Marty's home. I am proud of the fact that he was raised without all the moving around of homes and schools, in spite of our difficulties.

Marty was born 3 months prematurely. I had a perfectly normal pregnancy, not even morning sickness. Then, I suddenly developed a number of issues, including high blood pressure. After 3 weeks bed rest, I was sent the hospital suddenly during a follow up visit to the doctor. The next morning, I took a serious downturn, my kidneys began to fail and I was rushed downtown to the Medical University of S.C. Immediately upon arrival, I suffered a seizure, which I still remember to this day. I woke up 90 minutes later, lucid but unaware of what had happened. I underwent an emergency c-section and Marty was born. He weighed 2 pounds. They didn't tell me what happened to me for 3 days. I had become eclamptic but was fine after he was born. He had to stay in the hospital for 3 months before I could bring him home. The day I left that hospital without my child was the most horrible day of my life. I brought him home on January 22, 1994. That was the happiest day in my life. He has no residual effects from this prematurity, is in excellent health and thriving today.

I tried very hard for years to manage the problems at home during my many TDY trips, knowing that Robert was not caring for Marty as he should have. I did not know how serious things were until Marty told me in 2006. He and I were on a trip to Florida when Marty asked me to divorce his father, telling me of the physical and emotional abuse that had happened while I was away at work. He was 12 at the time. I was devastated to hear these stories and I promised Marty I would put things in place to separate from his father. I knew Robert would never admit or take responsibility for his behavior and would not leave if I asked him to. All throughout our marriage, I handled all the business, finances and child rearing. Robert spent the past 10 years or so watching TV, drinking and smoking. He had rarely written a check, put gas in the car or taken care of maintaining it, and never bought so much as a pair of socks for himself. For the last three years of our lives together, Robert never attended one of Marty's varsity swim meets or even one of the summer recreation league meets and those were held just blocks from our home. He did not attend school functions. I told Robert we were separating on January 13, 2007, while Marty was away on a school trip for the weekend. He was shocked and spent the rest of the month in his chair, drunk and depressed. I leased him an apartment, set up his utilities and packed his belongings. I split up our furnishings and made sure he had everything he needed to set up housekeeping. I hired a mover and moved him into an apartment on Feb 1, 2007. I set up his apartment, stocked his refrigerator, cooked his dinner, and left him there that night. Marty and I have been

trying to rebuild out lives ever since. I never expected my marriage to end and am not proud of tearing my child's family apart. I just felt I had no other choice for my child's safety and emotional wellbeing, and mine as well. Robert is an unfit parent. Under no circumstances will Marty ever be left in his care again. To this day, he continues to say that "we" threw him out and accepts no responsibility for the failure of our marriage.

Our social life consists of Marty's school activities, as it always has. We live a simple life, rarely dine out, and have few visitors except for Marty's friends who love to come to our home. I have purposely estranged myself from my own friends in the past two years because I cannot let them find out the situation I am in.

My coworker and friend, Cathy, were sent TDY to Ft. Bragg in March 2004 (this was before the transfer to OPM.) While there, we were supervised by the Ft. Bragg supervisors. Unlike past trips there, we were told we could NOT return home over the weekends because that was considered misuse of the government vehicles we drove. We were shocked because this had never happened. I was especially disturbed knowing Robert would have to totally handle things at home, i.e., cooking and laundry. (I would cook for the week on the weekends and leave everything pretty much ready for him.) He was furious, as well. During the middle of our last week there, the supervisor there who told us this came in to say he had been wrong and apologized to us. The next day I got the call that my mom had fallen and broken a hip and was in the hospital. I was allowed to leave to go home then, one day early.

I asked for 5 case completion date extensions in May 2006 when I was required to handle the work in Beaufort, SC (a 90 minute drive). The Agent assigned there was TDY in Hawaii for 2 months. I still have the notes of the request. [1] The work was mostly completed and due on/around Memorial Day. The work initially listed about 20 or so leads that turned into about 53 leads, more than double the original work. In addition, I was driving 3 hours daily to accomplish the work. Long story short, the Agent sitting in for my supervisor (who was away), understood and granted the extensions. When my supervisor returned the next Tuesday (after Monday Memorial Day), he called me and scolded me, telling me these . . . "requests for extensions would have to stop". I had rarely requested such extensions in the past and I am sure he still has the records to show that. I explained that I had been given 17 days to accomplish this work. The travel alone that month was about 40 hours total. I explained I was concerned that my May time report would appear to have one whole week that I produced nothing, because travel time was not subtracted from our hours actually running leads. He told me he gave me 30 calendar days to do the work, not 17. When I explained that the actual work days given were 17 because I excluded weekends and holidays, he became upset and suggested I spend the week in Beaufort, rather than driving back and forth daily. When I explained it was a family hardship to do this and that I was frustrated that my travel was not considered, appearing that one full week of the month I accomplished nothing and the travel was and counted against my daily lead production, he told me to . . . "stop whining and get the work done." That was the most upsetting conversation to date that I had ever had with a supervisor. I don't whine – I have always been a high volume work producer.

---

[1] Attachment 2 (a)

I spent many nights until midnight typing reports to get them in after that. (Cases had to be transmitted before midnight of the date due or they were late, consequences to follow.) I should have just said I couldn't do it and taken the consequences.

In Jan 06, I headed to Fort Bragg for a 3 week TDY on the MLK holiday. I had a fever and assumed it was a sinus infection. I got sicker and sicker and at 6 pm called my own doctor because I had a 103 degree fever. He told me to go to the emergency room immediately. As I started to get out of my car at the ER in Fayetteville, NC, a young man put a gun to my head and demanded money. I lied to him and said I had something contagious, had only my insurance card and license and no money (my purse, badge, credentials and computer were in the trunk). He said ... "lady, this is your lucky day. . ." and ran off. I went inside, reported this to the police, and was diagnosed with pneumonia.[2] I left the ER at 4 am the next morning. When I called my supervisor at 7am and told him this story, he said that I should drive to Fort Bragg and bring him my cases before I went home on sick leave. He made no remarks about the mugging incident. After about two weeks, he sent me back to Fort Bragg to do my TDY assignment and never mentioned the incident to me.

While in San Antonio, TX for a week-long work conference in March 07, I told my supervisor of my marital separation and that I had no local family support, only to explain that I may need to take off periodically for court appearances and related reasons. He said he understood and time off was no problem. Not long after, my supervisor called to chastise me because my lead count had declined. This was one of the main measures of our performance – the number of leads we conducted daily. He told me that he hoped my personal problems were not interfering with my work. I had a coworker who had warned me to never share personal information with our supervisor. I should have listened to her.

When we were first brought in to the Fort Bragg office in 2005, my supervisor told me that his supervisor, the Regional Chief, felt that we former DSS agents had been overrated and overpaid and the performance ratings of "outstanding" were a thing of the past. I asked him how someone who didn't even know me could make such a determination but I got no answer. I was determined to prove this man wrong. I still believe that we former DSS Agents were good Agents. During my 24 year career as an Investigator, I received dozens of letters of Commendation and Performance Awards. I refuse to believe that the many military officers and civilian officials could all have been wrong. I told my supervisor many times that I wanted to be the best Agent in the office complex. I have always prided myself on my work performance, loyalty and dedication. I have always strived for excellence in my work. I always reiterated this during performance appraisal meetings and performance standards discussions.

As an employee of the Dept. of Justice for 11 years, I received 9 Outstanding Performance Ratings, including 4 quality step increases. As an employee of Defense Security Service for 19 years, I received 2 Ratings of "Exceeds Fully Successful", 13 of "Outstanding" or "Exceptional Performance", and 1 "Sustained Superior Performance",

---

[2] Attachment 2 (b)

including dozens of cash awards and one quality step increase. Since becoming an OPM/FISD Employee, I received one "Exceeds Fully Successful" performance rating and the rest were "Fully Successful" performance ratings, just as told by my supervisor that me I would receive. [3]

In May 07, I were advised by a supervisor at Fort Bragg, NC, that each Agent would be required to go on TDY duty immediately and continuing for some time, due to severe workload. The targeted areas were Washington, DC and Fort Bragg. I discussed my participation with this supervisor (he was not my Team my supervisor) and explained my family limitations. I explained I would be glad to do my share of the TDY, but I would have to go during summer dates because I had no one with whom to leave my son. I would have to bring Marty with me. This supervisor was understanding and told me this would be possible. I volunteered to go for a 4 week TDY, rather than 3, to do my share. He agreed. I sent a Memo to my own supervisor (who was on leave at this time), confirming my conversation with the other supervisor. When my supervisor returned to work, he called me about my Memo, telling me he would decide when and where I would be sent TDY. I was directed to go to Fayetteville for 4 weeks-mid July 07 – mid Aug 07. Upon arrival, his first comment to me was that I would have to come directly back to Fayetteville as soon as the current 4 week trip was over, knowing I had said I could not do that. I responded that we would have to cross that bridge when we got to it. After that, he said nothing more about my returning and, thankfully, I was not required to return.

Two weeks before my last TDY trip to Ft. Bragg (July 2007), my marital home sold. The buyer paid cash and wanted possession in two weeks – while I was to be at Ft. Bragg. I finished packing everything and was rented a one bedroom apartment nearby. I locked the door to our beautiful home for the last time at 1:00am on a Monday morning, went to the Apartment to get some sleep, put the dog and Marty and my bags in the car went to the closing at 8:30am and was on the road to Ft. Bragg by 9am. I felt like I had been run over by a truck but had gotten it done. The next four weeks were rough up there but I got it done. After that TDY trip, I took 2 weeks leave, got Marty back into school for the new school year, and went to work to sort out the "warehouse" of an apartment where we lived for 6 months out of boxes while our new little home was built. We moved to our current home in February 2008.

I was diagnosed with Fibromyalgia and hypertension several years ago. Fibromyalgia Syndrome is a rheumatic disorder characterized by body aches, pain, stiffness, sleep disturbances, "brain fog" and memory issues, and fatigue, as well as tenderness in specific sites on the body. It occurs predominantly in women. Stress exacerbates this condition. I have fought this while trying to do my job but at times it was nearly overwhelming. I participated in clinical trials through my local internist to try and find relief for fibromyalgia. These studies were from November 2005 through 2007.[4] One study medication worked very well but was discontinued by the drug manufacturer for unknown reasons. I did not take sick leave when my condition was severe but I should have. I felt I would forget about it while I was busy at work. There were many

---

[3] Attachment 3 (a-c)
[4] Attachment 4

days between 2007 and 2008 that I felt I could hardly press on. I would run leads about half a day and come home and try to take a short nap before starting again. The only way I can describe how this feels is literally like one has "hit a wall".

I understand and deeply regret that my performance in the past few years has lead to my present circumstances. I just want someone to understand that at no time did I ever intend to harm the Government and certainly did not wish to cause a breach in national security. I have struggled to maintain good performance while dealing with personal issues. I realize that I let my personal issues interfere with my work performance. For many years I have been chastised and criticized by coworkers for worrying about work. I should have listened to them. I should not have tried to keep all the balls in the air. I have attended staff meetings and heard coworkers talk of their hatred for their jobs and their wish to get away from this job. One coworker often said she wanted to be fired to get away from work. I didn't enjoy the atmosphere in which we worked but I was always very thankful for a good and I felt that I had an excellent relationship with the Subjects and references with whom I interacted.

I have received numerous commendations and letters of appreciation, until the past few years. I have had many Subjects and personal references compliment my handling of their interviews. I have had military officers with background issues cry in my presence and tell me I made the matter so much easier to discuss because of the kindness with which I treated them. They thanked me for my empathy and professionalism. I was non judgmental, professional, compassionate and understanding, often in some awful interviews where terrible deeds were disclosed to me. The one person within OPM who really seemed to care about us was Kathy Dillaman. I always appreciated her warmth and caring attitude. I enjoyed the talks we had during conference meetings. I regret letting her down.

I should have taken more time for myself; I should have walked away from the job, and done what so many coworkers always chided me for not doing, during difficult times and when I wasn't feeling my best. I know they thought I was a fool and I guess I am. I'm not trying to be Pollyanna – that's just my nature to please people. It's just the way I am. I don't know why I've always tried to prove myself to people who didn't care. I think I have finally learned that is impossible.

I had 2274 hours of sick leave on the record at my termination 28 Feb 10. This was about 14 months of service days, accumulated over 34 ½ years of work, that I could have taken off from work. At my pay rate, that equals $92,470.84. I would ask that the over $68,000.00 the government wants as restitution from me be taken from forfeited leave because the government now gets to keep this money anyway. I have had the maximum of 240 hours of annual leave on the books for over 20 years. That was a mistake. I should have used my leave.

I so look forward to the day when this is all behind me. I have to learn to live with the idea that I am a convicted felon. I have had to tell my child that the government

intends to put me in prison. They have suggested I place my son in Foster care. I was forced to resign 103 days short of my full civil service retirement eligibility. The prosecutors refused my request to use leave to reach retirement, saying it was their "policy" that such employees must resign. I will be able to get my retirement at age 62. In the meantime, I am now indigent, face loss of our home, and have no medical insurance. From my perspective, it seems that the point has been to demoralize me, emotionally, financially and physically. They have succeeded. I just wish I could have been afforded a fraction of the empathy, understanding and "whole person" concept with which I always treated the Subjects of my investigations.

I have been forced to apply for food stamps and welfare since leaving my job. I was denied unemployment benefits because I "resigned" my job. I have always made a good living and this is incredibly degrading. I am fighting to hold on to my home and am hoping to receive relief under the Help for Homeowners Act. As of July 2010, I have nothing left from my annual leave lump sum payment because I have been using that to make my mortgage payments. I very much appreciate that I have two part time jobs making between $1,000.00 and $1,500.00 per month. I am grateful for that. I will lose these jobs when I go to prison. I have exhausted my resources in the past two years to pay nearly $25,000.00 in lawyer's fees. I must take my son out of the only school he has ever attended and will have to send him to Florida to live with my brother because I have no one else to depend on. Once again, Marty is the innocent victim in this whole mess. He says not to worry and that he understands. He doesn't deserve that. None of this is his fault but he will be caught in the middle again and suffer the most. Two weeks of the month I work 7 days a week. Marty has taken on great responsibility in helping me keep things running at home. I know he's going to be ok but I feel I have failed my parental duty by putting him through all this.

I am so thankful for my brother – he took off from work and brought me to Washington to Court last month and paid for the trip. I don't know how else I would have done this. He's having some health issues himself and I worry how those may turn out.

Aside from the government's bill for reinvestigation services, no damage to national security has occurred and no one who would not have otherwise been granted a national security clearance was cleared. I never breached confidentiality, misused protected information, and never committed any act to breach security.

I never accepted the idea that we were just resources to OPM. I should have understood that point – it was certainly made clear to me enough times. I would have appreciated, at some point, being afforded a measure of compassion when I expressed concern to my supervisor regarding my frustration at not being able to get the work done under the circumstances I was given. I always thought I could prove my worth. I thought I could do everything I needed to do. I realize now that I could not.

There is nothing left for the Government to take from me except my dignity and my freedom. I understand the Government wants to put me in prison. I have lost my

income, my health insurance, depleted my resources, delayed my retirement income for seven years, and I now face loss of my home and child. No job is worth this.

I would have liked to have been treated in this matter with the "Whole Person Concept" with which we treated the Subjects of our investigations. It crushed me when I read in the initial charging letter that my previous exemplary record of 34 years did not matter and that I could not be rehabilitated. It has been made clear to me that, as an employee of OPM/FISD, I had no value. The initial charging letter also stated that the public will lose confidence in the system due to my actions. I realize the government intends to publicize my conviction which will result in my final humiliation. I really loved my job and wanted to do it well. I tried to juggle it all. I should have realized I couldn't. I should have walked away and said I couldn't do it all and dealt with the consequences. It could not have been as bad as this has been. The worse thing is that I have let my son down and he will suffer the most. The family I have tried so hard to keep in tact will now be torn apart. There is nothing more the government can do to punish me that will hurt me as much as the loss of my family. I was repeatedly told in various ways that I should not let my personal situation interfere with my job. The past 35 years of work has been for nothing.

I would like to finish by addressing the only subject that now matters at all to me, my son, Marty. I have tried to raise my son to practice honesty, integrity, respect for others, and with a good work ethic. I feel I have succeeded, despite difficult circumstances and despite the lack of involvement by his father. He is now 16 years old, a rising junior in high school, a good student and well thought of by those who know him. For many years, unfortunately, I feel he has suffered from abuse because I neglected him to fulfill my employment obligations. I should have been able to trust his father to care for him, but found out I could not. There is nothing you can do to me now that will cause me any more pain than that already has. Marty has excelled in so much of his school and extracurricular activities. I have always been determined to give him the kind of life I would have liked to have as a child, but balance it with teaching him responsibility, humility and kindness. I believe I have fairly well succeeded. At age 9 he was chosen as the S.C. Aquarium's spokes child, the "Sea Star". He has been awarded the Presidential "Point of Light" Award for volunteering beyond the highest level of volunteer hours in grades 8, 9, and 10. He volunteered with me with Meals on Wheels. He has been on a summer league swim team since he was 8 years old. Thus far, he has received ___ "Most Dependable", 1 Most Spirit, ___, and the highest award when he was 13 years old, the "Alligator" Award for exemplifying the highest qualities from all the kids on the Team. At age 14 he was awarded the first swim team "Best Buddy" award for mentoring and coaching a 5 year old swimmer all season. He won the School's Reader's Digest Word Competition in 7th Grade and finished third in the State Competition, was always a Spelling Bee finalist, a Perfect Attendance Award 3 years of school, and many, many other accolades. [5] Marty has a stellar record at school with NO disciplinary action, and is well thought of by his peers and teachers. He is a recent inductee to the National Senior Beta Club, active in his Drama and Latin Classes and Clubs, and a good student. I will do whatever I have to protect him and see that he is

---

[5] Attachment 5

cared for.  I am so blessed that he is such a caring, compassionate and obedient child. Considering the situation, he could have turned out so much worse.  I am also glad that he speaks up for himself and knows when to question things that aren't right.  I'm so glad he is not like I was as a kid.  He may be an interference with work as far as OPM is concerned, but he is my child and I will never let him down.

At this point, the only thing I care about is my son.  When this is over, I will get him back and I will put him through college.  I'll train to do something else and I will do that well.  I've already seen how pleasant it is to work for people who appreciate my efforts.  I work part-time at a nursing home as a receptionist.  They often tell me how pleased they are with me and my work.  In July 2010 I took two weekend shifts per month, 12 hours each day, because I need the extra income. [6]

I'm taking an anti-anxiety drug now and it works pretty well.  I look forward to the day when that won't be necessary anymore.  I just want my life back.  I just want to be able to go home and be quiet and have some rest, not bother anyone and have no one bother me.  One day I will be able to do that.  One day soon this nightmare will come to an end.  I've always been a very private person.  Most of the information here is unknown to my friends and family.  I learned long ago to put on a happy face and handle my problems privately. Putting it on paper has not been pleasant.  I hope it is some benefit to the reader in understanding who I am.

---

[6] Attachment 6

## FAYE LINER – Community and Civic Activities

Room Mom – Pinewood Preparatory School
1999-present

Fundraising Chairman, Ashborough Alligator Swim Team (Summer League)
2004-present

High School Parent Volunteer, Pinewood Prep Annual Fund Campaign
2008

Concessions Chairman, Pinewood Prep. School Varsity Swim Team
2006 - present

Volunteer for Meals on Wheels, Summerville, SC
May 2008 – Dec 2008

Alzheimer's Walk of Hope Team Member
October 2009

Sunday School Teacher
Bedon Baptist Church
1997 – 1999

Vacation Bible School Teacher
Bedon Baptist Church 1997 – 1999

Vacation Bible School Volunteer
Old Fort Baptist Church
2001 – 2004

Combined Federal Campaign Organizer & Chairman, DOD/DSS
1992 - 1995